# SEALED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

FILED
JAN 25 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| | ) INDICTMENT |
| Plaintiff, | )  MO12CR0031 |
| | ) [Vio: 21 U.S.C. § 841(a)(1)- |
| V. | ) Distribution of a |
| | ) Controlled Substance] |
| MANUEL CARRASCO, | ) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. § 841(a)(1)]

That on or about November 11, 2011, in the Western District of Texas, the Defendant,

**MANUEL CARRASCO,**

unlawfully, knowingly and intentionally distributed a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

_[signature]_

WILLIAM R. TATUM
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0031

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: January 25, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: WILLIAM R. TATUM | |
| DEFENDANT: MANUEL CARRASCO | | DOB: XXXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC       INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet                                       EMPLOYED
                                                      APPOINTED

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): 21 USC 841(a)(1) & (b)(1)(C) - Distribution of a quantity of Cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: A term of imprisonment not to exceed 20 years; a 3 year minimum mandatory term of supervised release; a fine not to exceed $1 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Agent Jason Cloutier
Drug Enforcement Administration MET
El Paso Divsion
660 S. Mesa Hills, Suite 2000
El Paso, Texas 79912
915 832 6296 fax
915 8929689 phone